THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v KIMBERLY A. LEARN, Appellant. [918 NYS2d 916]— Memorandum: Appeal unanimously dismissed and matter remitted to Cattaraugus County Court to vacate the

judgment of conviction and dismiss the indictment either sua sponte or on application of either the District Attorney or counsel for defendant (*see People v Matteson*, 75 NY2d 745 [1989]). Present—Scudder, P.J., Smith, Centra, Fahey and Peradotto, JJ.